**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

TELCO GROUP, INC., individually and on behalf of all persons similarly situated,

   Plaintiff,

-against-

AMERITRADE, INC., ADVANCED CLEARING, INC. and AMERITRADE HOLDING CORPORATION,

   Defendants.

---

CIVIL ACTION NO.
05 Civ. 1891 (ILG) (CLP)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for the plaintiff and defendants Ameritrade, Inc., Advanced Clearing, Inc. and Ameritrade Holding Corporation ("defendants"), that this action be transferred to the District of Nebraska pursuant to 28 U.S.C. § 1404(a) and that the time for the defendants to move, answer or otherwise respond to the Class Action Complaint in the above-captioned matter is extended to and including July 18, 2005, or 14 days after this matter lodges in the District of Nebraska, whichever is later in time. The defendants' original date to move, answer or otherwise respond was May 17, 2005.

The parties previously stipulated and agreed to extend the original date to June 17, 2005, and the Court so ordered that extension on May 25, 2005. This Stipulation is fully executed.

Dated: June 17, 2005

FOLKENFLIK & MCGERITY

By: _____
Max Folkenflik (MF-2915)
Margaret McGerity

1500 Broadway, 21st Floor
New York, New York 10036
(212) 757-0400
Attorneys for Plaintiff

RUTA & SOULIOS LLP

Joseph A. Ruta
Attorneys for Plaintiff
1500 Broadway, 21st Floor
New York, New York 10036
(212) 997-4500

MAYER, BROWN, ROWE & MAW LLP

By: _____
Steven Wolowitz (SW-9405)

1675 Broadway
New York, New York 10019
(212) 506-2500
Attorneys for Defendants

SO ORDERED:

_____   6/27/05
U.S.D.J.



June 17, 2005

Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, New York 10019-5820

<u>BY FACSIMILE</u>

Main Tel (212) 506-2500
Main Fax (212) 262-1910
www.mayerbrownrowe.com

The Honorable I. Leo Glasser
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

**Steven Wolowitz**
Direct Tel (212) 506-2535
Direct Fax (212) 849-5535
swolowitz@mayerbrownrowe.com

Re: <u>Telco Group, Inc. v. Ameritrade, Inc. et al.</u>
No. 05 Cv. 1891 (ILG) (CLP)

Dear Judge Glasser:

    We represent defendants Ameritrade, Inc., Advanced Clearing, Inc. and Ameritrade Holding Corporation in the above-captioned matter. Per the instructions of your clerk, this letter is meant to inform Your Honor that the parties have agreed to a transfer of this case to the United States District Court for the District of Nebraska, pursuant to 28 U.S.C. §1404(a) and a mandatory forum selection clause in the underlying contract. The parties have also agreed to an extension of the defendants' time to move, answer or otherwise respond to the Class Action Complaint in the above-captioned matter to and including July 18, 2005, or 14 days after this matter is lodged in the District of Nebraska, whichever is later in time. Enclosed for Your Honor's consideration is a Stipulation, signed by plaintiff's counsel and by us, setting forth the parties' agreements.

Respectfully submitted,

Steven Wolowitz

Enclosures
cc: Max Folkenflik, Esq.
    (Via Facsimile)

Berlin Brussels Charlotte Chicago Cologne Frankfurt Houston London Los Angeles New York Palo Alto Paris Washington, D.C.
Independent Mexico City Correspondent: Jauregui, Navarrete y Nader S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.