# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TELCO GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV387 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| AMERITRADE, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the motion for leave to withdraw of Steven Wolowitz (Filing No. 21) as counsel for the defendants, Ameritrade, Inc., Advanced Clearing, Inc., and Ameritrade Holding Corporation. Mr. Wolowitz represents that the defendants will continue to be represented by Patrick B. Griffin and Richard P. Jeffries of Kutak Rock LLP and Joshua D. Yount and Robert J. Kriss of Mayer, Brown, Rowe & Maw LLP. The Court finds Mr. Wolowitz has shown good cause for his withdrawal as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion for leave to withdraw of Steven Wolowitz as attorney for the above listed defendants (Filing No. 21) is granted.

2. The Clerk of Court shall stop all electronic notices to Steven Wolowitz regarding this case.

DATED this 9th day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge