# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TELCO GROUP, INC., | ) | |
| | ) | 8:05CV387 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| | ) | |
| AMERITRADE, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the oral motion by counsel for the defendants for an extension of time in which to report to the court on the meeting of the parties to propose a discovery plan pursuant to Fed. R. Civ. P. 26(f). The motion will be granted to the extent set forth below.

**IT IS ORDERED:**

1. The oral motion by counsel for the defendants is granted as set forth below.

2. The parties are granted additional time in which to meet and confer pursuant to Fed. R. Civ. P. 26(f) and shall file their report **on or before October 4, 2005**, regarding their discovery plan.

DATED this 23rd day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge