IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TELCO GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV387 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| AMERITRADE, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiff's Consented-to Motion to Extend Time to File Rule 26(f) Report (Filing No. 24). The plaintiff seeks a second extension of the deadline for filing the Report of Parties' Planning Conference pursuant to Rule 26(f) of the Federal Rules of Civil Procedure to October 18, 2005. The deadline for the parties to file their Report with the court is October 4, 2005. **See** Filing No. 23. The plaintiff states the defendants do not oppose the motion. Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's Consented-to Motion to Extend Time to File Rule 26(f) Report (Filing No. 24) is granted.

2. The parties are granted additional time in which to meet and confer pursuant to Fed. R. Civ. P. 26(f), and shall file their Report of Parties' Planning Conference with the court **on or before October 18, 2005**.

DATED this 4th day of October, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge