IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TELCO GROUP, INC., | ) | |
| | ) | 8:05CV387 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| AMERITRADE, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' joint motion to reset hearing date and filing date for the plaintiff's reply (Filing No. 57). The parties request that the court reset the date of the class certification hearing in this matter for the week of September 25, 2006 and set August 15, 2006 as the filing date for the plaintiff's reply. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. The parties' joint motion to reset the hearing date and filing date for the plaintiff's reply (Filing No. 57) is granted as set forth below.

2. **On or before August 15, 2006**, the plaintiff may file and serve any reply to the defendants' objections.

3. **On September 25, 2006, at 9:30 a.m.**, an evidentiary hearing will be held before the undersigned United States Magistrate Judge in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska to consider all questions coming within the class action issues under Fed. R. Civ. P. 23(a) and (b). At the hearing, the parties may present extracts of depositions, interrogatories, and documentary evidence relevant to any factual dispute, and only upon a showing of good cause will a party be permitted to call a witness to testify in person at the hearing.

DATED this 9th day of June, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge