IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TELCO GROUP INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV387 |
| | ) | |
| vs. | ) | |
| | ) | **SHOW CAUSE** |
| **AMERITRADE, INC.,** | ) | **ORDER** |
| **ADVANCED CLEARING INC.** and | ) | |
| **AMERITRADE HOLDING CORP.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the defendants' Status Report (Filing No. 97). On March 12, 2007, the court granted the defendants' Motion to Stay Action Pending Arbitration. **See** Filing No. 96. In that order, the court set a status report deadline for the parties to inform the court of the status of matter and whether the stay should continued. On June 29, 2007, the defendants filed a status report, in compliance with the earlier order, stating the plaintiff did not participate in drafting the status report, nor has the plaintiff initiated arbitration proceedings. While the court stayed the court action indefinitely pending the parties' exhaustion of arbitration proceedings in accordance with the arbitration clause in the agreement between the parties, the court did not anticipate the plaintiff's failure to pursue arbitration or comply with the court's order. Accordingly,

**IT IS ORDERED:**

The plaintiff shall show cause by the **close of business July 13, 2007**, why this action should not be dismissed, without prejudice, pending arbitration, rather than remain stayed, in light of the plaintiff's failure to comply with court orders or initiate arbitration.

DATED this 3rd day of July, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge