# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TELCO GROUP, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV387 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **AMERITRADE, INC., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion for leave to withdraw of Richard P. Jeffries (Filing No. 101) as counsel for the defendants. The court notes other counsel represents the defendant. The court finds moving counsel has shown good cause for withdrawal as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion for leave to withdraw of Richard P. Jeffries (Filing No. 101) as counsel for the defendants is granted.

2. The Clerk of Court shall stop all electronic notices to Richard P. Jeffries regarding this case.

DATED this 19th day of July, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge